683 A.2d 197

RICHARD JENKS v. SITE ENGINEERS.

September 9, 1996.

## ORDER

This matter having been duly considered and the Court having determined that certification was improvidently granted;

494

It is ORDERED that the within appeal be and hereby is dismissed.